**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:24-cv-60088-RS**

**GUSTAVO ARAUJO,**

      **Plaintiff,**

**v.**

**EQUIFAX INFORMATION**
**SERVICES LLC, EXPERIAN INFORMATION**
**SOLUTIONS INC.,**
**COMENITY CAPITAL BANK,**

      **Defendants.**

_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION**
**SOLUTIONS INC.**

      Plaintiff Gustavo Araujo submits this Notice of Settlement and states that Plaintiff and

Defendant Experian Information Solutions Inc. have reached a settlement with regard to this case

and are presently drafting, finalizing, and executing the formal settlement documents. Upon full

execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 5, 2024

Respectfully submitted,
*/s/* Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
*Counsel for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 5, 2024, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

<u>*/s/* Gerald D. Lane, Jr.</u>
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677