## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-60088-CIV-SMITH

GUSTAVO ARAUJO,

      Plaintiff,

v.

COMENITY CAPITAL BANK, *et al*.,

      Defendants.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Defendant Comenity Capital Bank [DE 25]. Upon consideration, it is

**ORDERED** that Plaintiff's claims against Defendant Comenity Capital Bank are **DISMISSED with prejudice**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 10th day of May, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record