UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60088-CIV-SMITH

GUSTAVO ARAUJO,

    Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES LLC, *et al.*,

    Defendants.

_____/

<u>**ORDER**</u>

This cause came before the Court *sua sponte*. On April 16, 2024, the Court issued an Order [DE 24] requiring Plaintiff and Defendants, Equifax Information Services LLC and Experian Information Solutions, Inc., to file their Joint Stipulations of Dismissal on or before April 19, 2024. The Court advised the parties that failure to comply with the Order would result in dismissal of Defendants without prejudice and without further notice. To date, Plaintiff and Defendants, Equifax Information Services LLC and Experian Information Solutions, Inc., have not filed their Joint Stipulations of Dismissal. Accordingly, it is

    **ORDERED** that:

1. Plaintiff's claims against Defendants, Equifax Information and Experian Information Solutions, Inc., are **DISMISSED without prejudice**.

2. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 10th day of May, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record